**EMMET, MARVIN & MARTIN, LLP**
COUNSELLORS AT LAW

120 Broadway 32nd Floor
New York, New York 10271
212-238-3000

**www.emmetmarvin.com**

John Dellaportas
*Partner*
Tel: 212-238-3092
Fax: 212-238-3100  Fax (alt.) 212-406-6953
jdellaportas@emmetmarvin.com

November 8, 2021

<u>**Via ECF**</u>   **\*\*Memorandum Endorsed Letter on Page 2\*\***

Honorable James J. Garrity, Jr.
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

> **RE:** *Genger v. Herschmann*, **Adv. Pro. No. 21-01135 (JLG);**
> <u>*In re Orly Genger*</u>**, Chapter 7 Case No. 19-13895 (JLG)**

Dear Judge Garrity:

This firm represents plaintiff Sagi Genger ("Plaintiff") in the above-referenced adversary proceeding. We write to respectfully request that the parties' pre-trial conference, currently scheduled for tomorrow at 11:00 AM be adjourned to either December 9, 2021, when the Court will be hearing other matters related to the Orly Genger bankruptcy, or an alternative date on which the Court is available.

The reason for this request is that I have a scheduling conflict at the time the conference is currently scheduled. In addition, the instant adversary proceeding is one of the matters which the Trustee seeks to enjoin pursuant to her Rule 9019 motion, and therefore, judicial economy favors adjourning tomorrow's hearing upon such time as the Court rules on that motion.

Plaintiff requested defendant Eric Herschmann's consent for this adjournment, but did not hear back from him.

We thank the Court for its time and attention to this matter.

Sincerely,

/s/ John Dellaportas

John Dellaportas

cc:   All Counsel of Record (via ECF)

NEW YORK, NEW YORK • MORRISTOWN, NEW JERSEY

**\*\*Memorandum Endorsed Order\*\***

      The Court having considered the relief requested by the Plaintiff's counsel set forth herein, the Court Orders, that the pre-trial conference in this adversary proceeding is adjourned to December 9, 2021 at 2:00pm (ET).

**Dated:** November 9, 2021
       New York, NY

                                                      /s/ *James L. Garrity, Jr.*
                                                   Honorable James L. Garrity, Jr.
                                                   U.S. Bankruptcy Judge